FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUN 17 2026

GARY P. SERDAR
CLERK OF COURT

BY _____
DEPUTY CLERK

Hillary Marquardson
1848 E. Mary Dott Way
Salt Lake City, Utah 84106
801-427-2289

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH – CENTRAL DIVISION

---

| | | |
|---|---|---|
| Hillary Marquardson | : | |
| | : | |
| Plaintiff, | : | |
| | : | **COMPLAINT** |
| v. | : | |
| | : | |
| | : | Case: 2:26-cv-00559 |
| Kirton McConkie, PC | : | Assigned To : Bennett, Jared C. |
| | | Assign. Date : 6/17/2026 |
| | | Description: Marquardson v. McConkie |
| Defendant(s).   : | | |
| | : | |

---

### A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. ' 2000e(5). Equitable and other relief are also sought under 42 U.S.C. '2000e(5)(g). Jurisdiction is also based on 28 U.S.C. " 1331, 1343 and 42 U.S.C. " 1981 et seq.   Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. "626(c)(1) and appropriate relief is also sought.

### B. PARTIES

1.     Name of plaintiff:          Hillary Marquardson
       Present mailing address:   1848 E. Mary Dott Way
                                  Salt Lake City, Utah 84106

2.    Name of first defendant:
      Present mailing address or
      business location:

Kirton McConkie, PC
50 E S Temple St #400, Salt Lake City, UT 84111

## C. NATURE OF CASE

1.    The address at which I sought employment or was employed by the defendant(s) is:

50 E S Temple St #400, Salt Lake City, UT 84111

2.    The discriminatory acts occurred on or about:

June 27, 2025
(Month, Day, Year)

3.    I filed charges with the Anti Discrimination Division of the Utah State Industrial Commission regarding the defendant's discriminatory conduct on or about:

(Month, Day, Year)

4.  I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

> March 10, 2026
> (Month, Day, Year)

5.  The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

> March 19, 2026
> (Month, Day, Year)

(Please attach the "Notice of Right to Sue" to this complaint.)

6.  The discriminatory acts that are the basis of this suit are:

> a._____ Failure to employ me
> b._____ Failure to promote me
> c.___X____ Termination of my employment
> d._____ Demotion
> e._____ Denied equal pay/work
> f._____ Sexual harassment
> g._____ General harassment
> h._____ Other acts (Be specific:  Attach an additional sheet if

necessary)

_____

_____

_____

_____

7.  Defendant's conduct is discriminatory with respect to:

> a._____ my race          d._____ my religion
> b._____ my color         e._____ my national origin
> c.____X___ my sex      f._____   my age

8.  I believe that the defendant is still committing these acts against me.

> _____yes    X_____no

## D. CAUSE OF ACTION

1.      I allege that the defendant has discriminated against me and that the following facts form the basis for my allegations:

a.      (1)      Count I: Sex/Gender Discrimination

        (2)      Supporting Facts:

I allege that Defendant discriminated against me because of my sex/gender. During my employment, Defendant, through its managers and supervisors, treated me differently and less favorably in the terms and conditions of my employment due to my gender.

This included, but was not limited to, unequal expectations, inconsistent communication, lack of support, heightened scrutiny, unfair criticism, and holding me responsible for circumstances that were caused or worsened by management's own lack of communication, follow-through, or support.

Defendant also relied on subjective and gendered assessments of me, including comments and evaluations related to how I presented, how I communicated, or how I was perceived, rather than applying consistent, objective performance standards and policy. I believe I was judged more harshly for communication, tone, personality, emotional expression, or interpersonal style than employees outside my protected class due to the series of events before and after my termination.

As a result of Defendant's conduct, I was subjected to unequal treatment, damage to my professional reputation, emotional distress, loss of employment opportunities, and other harm.

2.

b.      (1)      Count II: Retaliation

        (2)      Supporting Facts:

I allege that Defendant retaliated against me after I raised concerns, requested clarification or support, opposed unfair treatment, defended my work, and/or challenged inaccurate or unequal criticism.

After I engaged in protected activity, Defendant's treatment of me worsened. This included, but was not limited to, increased scrutiny, reduced support, negative characterization of my performance or communication, exclusion from meaningful communication, failure to fairly address my concerns, and adverse employment action.

I believe the timing, pattern, and escalation of Defendant's conduct show that Defendant retaliated against me for objecting to unequal or discriminatory treatment and for attempting to protect my employment

## E. INJURY

1.      How have you been injured by the actions of the defendant(s)?

I have been injured by Defendant's conduct economically, professionally, emotionally, and personally.

I lost income, employment benefits, job stability, and career opportunities. I also suffered damage to my professional reputation and was placed in a position where my performance, communication, and character were unfairly questioned or negatively characterized.

The experience caused significant emotional distress, including stress, anxiety, humiliation, loss of confidence, and harm to my sense of safety and stability at work. It also disrupted my daily life, finances, job search, overall well-being, and continues to do so.

## F. REQUEST FOR RELIEF

2.    I believe I am entitled to the following relief:

I believe I am entitled to all available relief, including lost wages, lost benefits, damages for emotional distress, reputational and professional harm, attorney's fees and costs, and any other monetary relief deemed appropriate.

I also seek appropriate equitable relief, including correction of inaccurate employment records, a neutral reference, and any other relief necessary to remedy the discrimination and retaliation I experienced.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct.   28 U.S.C. '1746; 18 U.S.C. '1621.

Executed at _Salt Lake City_ on _June 1 7_, 20_26_
          (Location)

_Hillery Margraff_
Signature